IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

**DAVID WAYNE HUGHES**                                                                 **PLAINTIFF**

v.                                    CASE NO.: 2:11-cv-2083

**JOHN M. SELIG, Director of the Arkansas**
**Department of Health and Human Services**                                **DEFENDANT**

**O R D E R**

Now before the Court is the Motion for Extension of Time, ECF No. 10, filed by Plaintiff. Plaintiff's counsel requests an extension of time of seven days, until June 13, 2011, to respond to Defendant's Motion to Dismiss. *Id.* As grounds for this motion, counsel states that he has sustained a fracture to his neck, as well as complications from that injury, and requires additional time to adequately respond to Defendant's Motion to Dismiss. *Id.*

Upon due consideration, and for good cause shown, the Motion for Extension of Time, ECF No. 10, is hereby **GRANTED**. **Plaintiff shall have until and including June 13, 2011 to file his response to Defendant's Motion to Dismiss.**

**IT IS SO ORDERED** this 6th day of June 2011.

/s/ *J. Marschewski*
HON. JAMES R. MARSCHEWSKI
U.S. MAGISTRATE JUDGE